IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Jeremy C. Southgate d/b/a Sound Spark Studios, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil Action No. 1:17cv1047-LO-MSN |
| United States of America, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the order of this Court entered on April 9th, 2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants' United States of America, Barack H. Obama, Allison D. Burroughs, Massachusetts Institute of Technology, Alphabet Inc. a/k/a Google, Lyor Cohen, Warner Music Group Corp., Time Warner Inc., Theory Entertainment, LLC, IAC/InterActiveCorp, Interactiv Corporation, Academy of Motion Picture Arts and Sciences, National Academy of Recording Arts & Sciences, Inc., International Business Machines Corporation, Spotify AB, Starbucks Corporation, Bill, Hillary & Chelsea Clinton Foundation, and Soundspark, Inc. and against the Plaintiff, Jeremy C. Southgate d/b/a Sound Spark Studios.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
Deputy Clerk

Dated: April 10th, 2018
Alexandria, Virginia