FILED: December 7, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1664
(1:17-cv-01047-LO-MSN)

_____

JEREMY C. SOUTHGATE, d/b/a Sound Spark Studios

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA; BARACK H. OBAMA; ALLISON D. BURROUGHS; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; ALPHABET INC., a/k/a Google; LYOR COHEN; WARNER MUSIC GROUP CORP.; TIME WARNER INC.; THEORY ENTERTAINMENT, LLC; IAC/InterActiveCorp; INTERACTIVECORPORATION; ACADEMY OF MOTION PICTURE ARTS AND SCIENCES; NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.; INTERNATIONAL BUSINESS MACHINES CORPORATION; SPOTIFY AB; STARBUCKS CORPORATION; BILL, HILLARY & CHELSEA CLINTON FOUNDATION; SOUNDSPARK, INC.; DOES 1 - 10,000

      Defendants - Appellees

_____

J U D G M E N T

_____

      In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK